

Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
(716) 853-8100
Fax: (716) 853-8109

Susan C. Roney
Direct Dial: (716) 853-8101
E-Mail: sroney@nixonpeabody.com

May 21, 2012

**VIA ELECTRONIC FILING**

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Supermedia, LLC v. Simon & Newman LLP et al.
                1:11-cv-04377-FB-SMG

Dear Magistrate Judge Gold:

      Pursuant to your Order of May 18, 2012, I write to inform you that the mediation session took place on May 1, 2012. The parties entered into a confidential settlement agreement. The parties will file a stipulation of discontinuance upon receipt and clearance of the payment.

                              Respectfully submitted,

                              /s/ Susan C. Roney
                              Susan C. Roney, Esq.
                              Bar Roll: SR9918

SCR:lnt
cc:    Richard Coleman (via electronic filing)